IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03055-WJM-KLM

CATHY FLYNN,

    Plaintiff,

v.

HEALTHONE OF DENVER, INC., a Colorado corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the Notice of Settlement [Docket No. 23; Filed August 1, 2012].

IT IS HEREBY **ORDERED** that the parties shall file dismissal papers on or before **August 31, 2012**.

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for April 22, 2013, is **VACATED**.

IT IS FURTHER **ORDERED** that the parties' **Motion for Entry of Stipulated Protective Order** [Docket No. 21; Filed July 30, 2012] is **DENIED AS MOOT**.

Dated: August 1, 2012